UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DESERIE VARELA,
    Plaintiff,

v.

TARGET CORPORATION,
    Defendants.

No. C 11-6193 JCS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: June 20, 2012
Co-Mediators: Teresa Carey
    Alex Tse

    IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Kim Buxton, from personal attendance at the June 20, 2012, mediation session before co-mediators Teresa Carey and Alex Tse is DENIED. The court finds that Ms. Buxton has not made adequate showing that requiring her to attend the mediation would cause her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Ms. Buxton shall appear in person at the mediation.

    IT IS SO ORDERED.

June 4, 2012      By: _____
Dated                                Donna M. Ryu
                                      United States Magistrate Judge

[Stamp: DENIED — Judge Donna M. Ryu]