UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DESERIE VARELA,<br>    Plaintiff, | No. C 11-6193 JCS |
| v.<br>TARGET CORPORATION,<br>    Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:          June 20, 2012<br>Co-Mediators: Teresa Carey<br>                     Alex Tse |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Kim Buxton, from personal attendance at the June 20, 2012, mediation session before co-mediators Teresa Carey and Alex Tse is DENIED. The court finds that Ms. Buxton has not made adequate showing that requiring her to attend the mediation would cause her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Ms. Buxton shall appear in person at the mediation.

IT IS SO ORDERED.

June 4, 2012                              By: _____
Dated                                              Donna M. Ryu
                                                        United States Magistrate Judge

DENIED
Judge Donna M. Ryu