UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DESERIE VARELA,

        Plaintiff,

  v.

TARGET CORP.,

        Defendant.

Case No.: 3:11-cv-06193-JCS

**ORDER DENYING MOTION TO COMPEL PRODUCTION OF THE TARGET GUEST INCIDENT REPORT**

    IT IS HEREBY ORDERED THAT the Motion to Compel Production of the Target Guest Incident Report is DENIED, except for the cover page.

    IT IS SO ORDERED.

Dated: 8/21/2012

_____
Joseph C. Spero
United States Magistrate Judge